**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PRATIK MUKUND BERDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00946-TWP-MKK |
| | ) | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING ACTION AS MOOT**

*Pro se* Plaintiff Pratik Mukund Berde ("Berde") initiated this action to compel Defendants the U.S. Citizenship and Immigration Services and the U.S. Department of Homeland Security (together, "Defendants") to take action on his immigration application (Dkt. 1). In December 2025, Defendants filed a Motion to Dismiss, stating that on December 2, 2025, the U.S. Citizenship and Immigration Services granted Berde's application and contending that this matter is moot (Dkt. 10; Dkt. 11 at 3–4). The Court ordered Berde to show cause by April 7, 2026, as to why the Court should not dismiss this action as moot (Dkt. 13).

The deadline has passed, and Berde has failed to respond to the Show Cause Order. Accordingly, the Court **DISMISSES** this action **as moot**. Defendants' Motion to Dismiss (Dkt. 10) is likewise **DENIED as moot**. Final judgment consistent with this Entry will issue under separate order.

**SO ORDERED**.

Date: 4/15/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

PRATIK MUKUND BERDE
4923 Mount Vernon Dr.
Indianapolis, IN 46227

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov