**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PRATIK MUKUND BERDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00946-TWP-MKK |
| | ) | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court, having this day made its Entry directing the entry of final judgment, now enters its **FINAL JUDGMENT**. Plaintiff Pratik Mukund Berde's claims are **DISMISSED without prejudice**, and this action is **TERMINATED**.

Dated: 4/15/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: ______________________
Deputy Clerk, U.S. District Court

Distribution:

PRATIK MUKUND BERDE
4923 Mount Vernon Dr.
Indianapolis, IN 46227

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov